STATE OF NEW JERSEY v. ARCHIE SHIGGS.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM DANILO VASQUEZ.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RAHEEM SPRINGER.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER KAZLAU.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC FLEMMINGS.

January 25, 1988.

Petition for certification denied.